IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY C. BLACK,<br><br>                Plaintiff,<br><br>   vs.<br><br>ICON CLINICAL PHARMACOLOGY, L.L.C., ICON DEVELOPMENT SOLUTIONS, L.L.C., ICON CLINICAL RESEARCH, INC., AND ICON, public limited company;<br><br>                Defendants. | 8:13CV371<br><br>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 37). The Motion complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action should be dismissed with prejudice, and each party will bear its own costs. Accordingly,

IT IS ORDERED that:

1. The parties' Joint Stipulation of Dismissal with Prejudice (Filing No. 37) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The Court will not assess costs or attorneys' fees.

Dated this 7th day of October, 2015

                                              BY THE COURT:

                                              s/Laurie Smith Camp<br>
                                              Chief United States District Judge